# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

SOUTHEAST STORMWATER
ASSOCIATION, INC., et al.,

     *Plaintiffs*,

v.                          **Case No. 4:15cv579-MW/CAS**

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

     *Defendants.*
_____/

## ORDER HOLDING CASE IN ABEYANCE

This Court has considered, without hearing, the Parties' Joint Position Statement on two issues: (1) whether there remains a justiciable issue in this case, and (2) how the parties intend to proceed. ECF. No. 88. This Court will hold this case in abeyance for 75 days.

At the conclusion of the 75-day abeyance period, the Parties are directed to confer, and after conferral, file another joint status report.

**SO ORDERED on September 22, 2019.**

s/Mark E. Walker_____
**Chief United States District Judge**

1