# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SOUTHEAST STORMWATER**
**ASSOCIATION, INC., et al.,**

    *Plaintiffs*,

v.                                                            Case No.: 4:15cv579-MW/CAS

**UNITED STATES ENVIRONMENTAL**
**PROTECTION AGENCY, et al.,**

    *Defendants*.

_____/

## ORDER HOLDING CASE IN ABEYANCE

This Court has considered, without hearing, the Parties' Joint Status Report. ECF No. 96. On September 22, 2019, this Court held the case in abeyance for 75 days and ordered the Parties to file a status report at the conclusion of the abeyance period. ECF No. 89. The abeyance was extended for an additional 45 days. ECF No. 94. The Parties jointly request that this Court continue abeyance for an additional 60 days. This Court agrees and will hold this case is abeyance for an additional 60 days.

At the conclusion of the 60-day abeyance period, the Parties are directed to confer, and after conferral, file a proposal to govern further proceedings.

**SO ORDERED on January 24, 2020.**

                                                      s/Mark E. Walker            ____
                                                      **Chief United States District Judge**