# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

| | |
|---|---|
| SOUTHEAST STORMWATER ASSOCIATION, INC., et al. </br></br>Plaintiffs, </br></br>v. </br></br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., </br></br>Defendants. | Case No. 4:15-cv-579-MW/MAF |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants the United States Environmental Protection Agency, Andrew Wheeler, in his official capacity as Administrator of EPA, the United States Army Corps of Engineers, Ryan D. McCarthy, in his official capacity as Acting Secretary of the Army, and R.D. James, in his official capacity as Assistant Secretary of the Army for Civil Works, (collectively, "the Agencies") respectfully move to withdraw the appearance of Erica Zilioli as counsel for the Agencies. The Agencies will continue to be represented by Phillip Dupré from the U.S. Department of Justice and by Kathryn Drey and Peter Fisher from the U.S. Attorney's Office.  The Agencies consent to this motion.

Dated: August 31, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 /s/  Erica Zilioli
　　　　　　　　　　　　　　　　　ERICA ZILIOLI, DC Bar No. 488073
　　　　　　　　　　　　　　　　　United States Department of Justice

Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-6390
Erica.Zilioli@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that Defendants complied with the attorney-conference requirement of Local Rule 7.1(B). Counsel for Plaintiffs and Intervenor-Defendants represented that they do not oppose this motion.

I further certify that this motion complies with the word limit set forth in Local Rule 7.1(F) as it contains 104 words, excluding the caption, signature block and certificates.

   /s/ *Erica Zilioli*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 31, 2020, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system on all registered counsel.

   /s/ *Erica Zilioli*